FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

ALIMANESTIANU, et al. v. UNITED STATES

No. 2017-1667

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se ☑ As counsel for: UNITED STATES
Name of party

I am, or the party I represent is (select one):

☐ Petitioner ☐ Respondent ☐ Amicus curiae ☐ Cross Appellant
☐ Appellant ☑ Appellee ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant ☐ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | L. Misha Preheim |
| Law firm: | United States Department of Justice, Commercial Litigation Branch |
| Address: | PO Box 480, Ben Franklin Station |
| City, State and ZIP: | Washington DC 20044 |
| Telephone: | (202) 305-3087 |
| Fax #: | (202) 514-8640 |
| E-mail address: | Misha.Preheim@usdoj.gov |

Statement to be completed by counsel only (select one):

☑ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _______________ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): _______________

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

2/24/17
Date

/s/L. Misha Preheim
Signature of pro se or counsel

cc: Richard Chassin, Esq.



Reset Fields

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 24th day of February, 2017, a copy of the foregoing

Entry of Appearance

was filed electronically.

☑ This filing was served electronically to all parties by operation of the Court's electronic filing system.

/s/L. Misha Preheim

☐ I caused a copy of this filing to be served via:

☐ hand delivery

☐ mail

☐ third-party commercial carrier for delivery within 3 days

☐ electronic means, with the written consent of the party being served

To the following address:

______________________________