Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Alimanestianu, *et al.* v. United States

No. 17-1667

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Fed. Cir. R. 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

_____Pro Se    __X__As counsel for: Alexander Alimanestianu, Ioana Alimanestianu, Irina Alimanestianu, Joanna Alimanestianu, Kathy Alimanestianu, Nicholas Alimanestianu, Pauline Alimanestianu and Simone Desiderio
Name of party

I am, or the party I represent is (select one):

_____Petitioner _____Respondent _____Amicus curiae _____Cross Appellant

__X__Appellant _____Appellee _____Intervenor

As amicus curiae or intervenor, this party supports (select one):

_____Petitioner or appellant _____Respondent or appellee

My address and telephone are:

Name: Richard N. Chassin, Esq.
Law firm: Becker, Glynn, Muffly, Chassin & Hosinski LLP
Address: 299 Park Avenue
City, State and ZIP: New York, NY 10171
Telephone: 212.888.3033
Fax #: 212.888.0255
E-mail address: rchassin@beckerglynn.com

Statement to be completed by counsel only (select one):

__X__ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

_____ I am replacing ______________ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

_____ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 8 Febraury 2017

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

__X__Yes _____No

_____A courtroom accessible to the handicapped is required if oral argument is scheduled.

March 8, 2017
Date

/s/ Richard N. Chassin
Signature of pro se or counsel



American LegalNet, Inc.
www.USCourtForms.com

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 8th day of March, 2017, a copy of the foregoing Entry of Appearance was filed electronically. This filing was served electronically to all parties by operation of the Court's electronic filing system.

_____/s/ Richard N. Chassin______